IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:18-cv-9363 (AJN) <br><br> APR 1 0 2019 |

## [PROPOSED] REVISED SCHEDULING ORDER

Upon consideration of the Defendant's motion for an extension of the summary judgment briefing schedule, the motion is **GRANTED**. It is hereby **ORDERED** that Defendant shall file its motion for summary judgment on or before May 13, 2019; Plaintiff shall files its combined cross-motion for summary judgment and opposition on or before June 10, 2019; Defendant shall file its combined opposition and reply on or before July 8, 2019; and Plaintiff shall file its reply on or before July 29, 2019.

**SO ORDERED.**

Dated: April 10, 2019

_____
THE HONORABLE ALISON J. NATHAN
United States District Judge