# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NAACP Legal Defense & Education Fund, Inc.,

                    Plaintiff,                                18 **CIVIL** 9363 (AJN)

        -against-                                  **JUDGMENT**

Department of Justice,

                    Defendant.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 29, 2020, in sum, DOJ has not carried its burden of showing that its search was adequate with respect to any subpart of LDF's FOIA request. As such, its motion for summary judgment is DENIED, and LDF's cross-motion for summary judgment is GRANTED. DOJ is hereby ORDERED to conduct an adequate search to identify documents responsive to each subpart of LDF's FOIA request. Within 21 days of the date of the Opinion and Order, the parties shall meet and confer and submit a joint letter setting out agreed-upon search terms for a search of the census collection database for records responsive to subpart (2) of LDF's request. In that letter, the parties shall also update the Court on the status of the search of the census collection database for records responsive to subparts (1), (3), (4), and (5) of LDF's request.

**Dated:**  New York, New York
        May 29, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                                **Clerk of Court**
                                            **BY:**
                                                                **Deputy Clerk**